WALLACE, J.,
dissenting.
I dissent from this. Order for the same reasons I dissented from the majority’s order requiring to the parties to show cause. As I explained there, we should now reinstate our prior opinion, United States v. Dharni, 738 F.3d 1186, reh’g granted and opinion vacated, 757 F.3d 1002 (9th Cir.2014), because Dharni has stipulated that he cannot establish that the facts assumed in our original opinion were wrong. That stipulation forecloses him from carrying his burden of establishing a Sixth Amendment violation. Because he has failed to carry his burden, the district court did not err in denying his 28 U.S.C. § 2255 motion.
I disagree with the majority that we have power to reconstrue the parties’ filings as a joint motion for summary reversal. While the majority believes that the “interests of justice” support doing so, that belief cannot overcome the fact that the parties never actually filed any such motion. Moreover, the government has expressly disclaimed any confession of error. Accordingly, I see no basis for ordering the district court to vacate Dharni’s convictions. I respectfully dissent.